### LUMPKIN *v.* BLOUNT.

ATKINSON, J. This was an action by the owner of a lot in a city, to enjoin the owner of another lot from constructing a building in violation of a duly executed and recorded contract between the predecessors in title of the respective parties, defining a line and providing that no building which would obstruct the view from the respective properties

should be constructed beyond the line by the persons executing the contract or their privies in estate. On the final trial, after the defendant's original answer had been amended, a verdict was returned in favor of the plaintiff, and the defendant was permanently enjoined as prayed. The defendant made a motion for a new trial, which was overruled, and he excepted. A number of the grounds of the motion for a new trial complained of rulings on the admissibility of evidence, and some complained of certain excerpts of the charge of the court. *Held*, that all of the rulings on the admissibility of evidence, and the charge of the court, were in substantial accord with the principles ruled when the case was before the Supreme Court on writ of error complaining of the grant of an interlocutory injunction. *Seawright* v. *Blount*, 139 *Ga.* 323 (77 S. E. 152). The evidence was sufficient to support the verdict; and none of the grounds of the motion for new trial show cause for reversal.

*Judgment affirmed. All the Justices concur.*

JUNE 14, 1917.

Equitable petition. Before Judge Bell. Fulton superior court. July 21, 1916.

*Green, Tilson & McKinney,* for plaintiff in error.

*E. M. & G. F. Mitchell,* contra.